**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSÈ WILLIAMS                                                                                          PETITIONER
ADC #115281

V.                                         5:12cv00025 SWW-JTR

RAY HOBBS, Director,                                                                              RESPONDENT
Arkansas Department of Correction

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.  After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT Respondent's Motion to Dismiss (docket entry #6) is GRANTED, and this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

IT IS FURTHER ORDERED THAT a Certificate of Appealability is

DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 12th day of March, 2012

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE