# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JOSÈ WILLIAMS                                                                                              PETITIONER
ADC #115281

V.                                        5:12cv00025 SWW-JTR

RAY HOBBS, Director,                                                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

    DATED this 12th day of March, 2012.

                                   /s/Susan Webber Wright
                                   UNITED STATES DISTRICT JUDGE